FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 01 2008

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR377 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| THOMAS BRYANT, | ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's oral motion for noncustodial transportation. Defendant is indigent and is in need of noncustodial transportation, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the U.S. Marshal shall provide noncustodial ground transportation for Defendant from Omaha, Nebraska to Athens, Georgia on December 1, 2008.

DATED this ___ day of December, 2008.

BY THE COURT:

HON. F. A. GOSSETT
United States Magistrate Judge