IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>) | 8:08CR377 |
| vs.  )<br>) | ORDER |
| THOMAS E. BRYANT and  )<br>JONATHAN M. BALES,  )<br>)<br>Defendants.  ) | |

This matter is before the court on the motion of Thomas E. Bryant for extension of time in which to file pretrial motions (Doc. 29). The movant has filed a waiver of speedy trial (Doc. 30). Upon review of the file, and for cause shown, the court finds that a 30-day extension of the original deadline should be granted.

**IT IS ORDERED** that the motion (Doc. 29) is granted, as follows:

1. The deadline for filing pretrial motions is extended to **January 23, 2009** as to all defendants.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **December 22, 2008 and January 23, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED December 23, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**