IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:08CR377 |
| ) | |
| v. ) | |
| ) | **REPORT AND RECOMMENDATION** |
| THOMAS E. BRYANT and ) | **AND ORDER** |
| JONATHAN M. BALES, ) | |
| ) | |
| Defendants. ) | |

At the conclusion of the hearing on June 26, 2009, on defendants' Motions to Suppress [32], [34], and [36], I stated my conclusions on the record and my decision to recommend that the motions to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, United States District Judge, that the Motions to Suppress [32], [34], and [36] be denied in all respects.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2. Pursuant to NECrimR 57.3, any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days after the unredacted transcript is available to counsel. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 1st day of July 2009.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge