# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:08CR377 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **THOMAS E. BRYANT,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's appeal (Filing No. 83) from the Magistrate Judge's orders (Filing Nos. 77, 79).

The Defendant entered a plea of guilty on November 2, 2009.  Therefore,

IT IS ORDERED that the Defendant's appeal (Filing No. 83) from the Magistrate Judge's orders (Filing Nos. 77, 79) is denied as moot.

DATED this 3rd day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge