IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 NOV -2 PM 4:28

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR377 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| THOMAS BRYANT, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Noncustodial Transportation and Authorized Per Diem to Defendant. Defendant is indigent and is in need of noncustodial transportation and authorized per diem, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the U.S. Marshal shall provide noncustodial transportation for Defendant from Omaha, Nebraska to return to Athens, Georgia and an amount of money for subsistence ~~and lodging~~, if necessary, not to exceed the authorized per diem.

DATED this 2nd day of November, 2009.

BY THE COURT:

HON. LAURIE SMITH CAMP
United States District Judge