IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR377 |
| Plaintiff, | ) ) ) | |
| | ) | **O R D E R** |
| v. | ) ) | |
| THOMAS E. BRYANT, | ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's oral motion for noncustodial transportation, lodging and subsistence, not to exceed the authorized per diem to Defendant.

IT IS ORDERED:

1.   The Defendant's motion is granted;

2.   The U.S. Marshal shall provide noncustodial transportation for Defendant from Omaha, Nebraska to Athens, Georgia on January 21, 2010, and an amount of money for subsistence, not to exceed the authorized per diem;

3.   The order does not include an allowance for separate lodging expenses; and

4.   The Clerk is directed to immediately deliver a copy of this order to the U,.S. Marshal.

DATED this 21st day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge